[Cite as *Abdulrahaman v. S. Ohio Correctional Facility*, 2009-Ohio-7099.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

ABDUL ABDULRAHAMAN

    Plaintiff

    v.

SOUTHERN OHIO CORRECTIONAL FACILITY

    Defendant

      Case No. 2007-01274

Judge J. Craig Wright
Magistrate Steven A. Larson

<u>JUDGMENT ENTRY</u>

{¶ 1} On November 25, 2009, the magistrate issued a decision recommending judgment for defendant.

{¶ 2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶ 3} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant. Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

Case No. 2007-01274        - 2 -        JUDGMENT ENTRY

_____
J. CRAIG WRIGHT
Judge

cc:

Amy S. Brown
Emily M. Simmons
Assistant Attorneys General
150 East Gay Street, 18th Floor
Columbus, Ohio 43215-3130

Magistrate Steven A. Larson

Abdul Abdulrahaman, #487-773
Southern Ohio Correctional Facility
P.O. Box 45699
Lucasville, Ohio 45699

HTS/cmd
Filed December 17, 2009
To S.C. reporter January 19, 2010